1  Richard J. Parker, OSB # 800945
   Parker, Butte & Lane, PC
2  1200 NW Naito Parkway Ste # 200
   Portland OR  97209
3  Ph: (503) 241-1320
   Fax 503-323-9058
4
5  rjp@pbl.net

6  Attorney for Plaintiff

7

8              IN THE UNITED STATES BANKRUPTCY COURT

9                 FOR THE DISTRICT OF OREGON

10 BEVEN Y. BYRNES,                    )
                                       )
11            Debtor.                  )  Case No.: 18-33226-pcm7
                                       )
12 _____ )
                                       )
13 BEVEN Y. BYRNES,                    )
                                       )  Adv. Proc. No.:
14            Plaintiff,               )
                                       )
15 vs.                                 )
                                       )  COMPLAINT TO DETERMINE PARTIAL
16 STUDENT LOAN SOLUTIONS, LLC,        )  OR TOTAL DISCHARGEABILITY OF
   NAVIENT SOLUTIONS, LLC,             )  PRIVATE STUDENT LOAN
17 NATIONAL COLLEGIATE STUDENT         )  OBLIGATIONS
   LOAN TRUST 2005-2, AND NATIONAL     )
18 COLLEGIATE SUTDENT LOAN TRUST       )  (11 USC 523 (a)(8))
   2006-4,                             )
19                                     )
                                       )
20            Defendants.              )
                                       )
21 _____ )

22      COMES NOW, the Plaintiff, Beven Y. Byrnes, by and through

23 her  attorney,  Richard  J.  Parker  and  alleges  as  follows:

24      Debtor Plaintiff filed chapter 13 bankruptcy on September

25 17, 2018, and received a discharge on July 23rd, 2024. This is a

1  core proceeding pursuant to 28 USC 1334 and the Bankruptcy Court

2  has jurisdiction over this action pursuant to 11 USC 523. The

3  Plaintiff hereby consents to the entry of any Final Order or

4  Final Judgment by the Bankruptcy Judge in the above captioned

5  adversary proceeding. Venue is proper.

6                                  2

7       The Plaintiff owes an alleged private student loan to

8  Student Loan Solutions, LLC, in the approximate amount of

9  $35,000. This loan was originally owned by Bank of America.

10  Payments were made prior to the filing of her chapter 13 case.

11  The plaintiff borrowed $27,000 at 13.932% in 2007.  This private

12  loan has no option for income driven repayment and is in

13  default.

14                                  3

15      The plaintiff owes an alleged student loan debt to Navient

16  Solutions, LLC in the approximate amount of $50,500.  A loan of

17  $27,000 was taken out in 2007 and another $27,000 in 2008.   The

18  Debtor has made payments on these loans. These private loans

19  have no option for income driven repayment and this debt is now

20  in default.

21                                  4

22      The debtor also owes alleged student loan debts to National

23  Collegiate Student Loan Trust 2005-2 in the approximate amount

24  of $27,096 (originally borrowed $15,000 at 8.268% from Bank of

25  America in 2005) and to National Collegiate Student Loan Trust

2 – COMPLAINT FOR HARDSHIP DISCHARGE
(18519-13)

1   2006-4 in the approximate amount of $49,590 (originally borrowed

2   $27,000 at 13.161% from Bank of America in 2006). Payments have

3   been made on these obligations. Judgments have been entered

4   against the Plaintiff, and she has been garnished by National

5   Collegiate.

6                                    5

7       Debtor is 49 years old and is the Director at a non-profit

8   special education middle school. She has 8 year old twin girls.

9   The Debtor has been diagnosed with stage 3 metastatic cancer and

10  while she in remission at present she is still undergoing

11  treatment which will continue for the foreseeable future. She

12  has recently been on medical leave and disability. Not all of

13  this treatment is covered by insurance, and she incurs at least

14  $10,000 per year in uninsured medical expenses. Debtor has used

15  best efforts to minimize expenses and increase her income during

16  the time she was working and has made good faith efforts to make

17  payments on the various student loan debts. Despite her annual

18  income, she will never be able to pay all the student loan debts

19  in full as her present situation is expected to continue for the

20  foreseeable future. If Plaintiff were to be required to pay all

21  the private student loan debt as is contractually required, as

22  well as being garnished, she would not be able to maintain a

23  minimal standard of living for herself and her family. The

24  situation will become worse in the future due to inflation.

25  After payment of normal expenses, the Plaintiff has virtually no

3 - COMPLAINT FOR HARDSHIP DISCHARGE
(18519-13)

Parker Butte & Lane, P.C.
1200 NW Naito Parkway Ste 200
Portland OR 97209
(503) 241-1320

1  surplus income. Given her age, medical condition, assets, income

2  potential and the unavailability of any feasible repayment

3  program for the loans, no options are available other than a

4  total or partial hardship discharge of the private loans.

5                                    6

6      Despite the discharge of other debts in her bankruptcy, the

7  debtor is struggling to keep up with other obligations.

8  Plaintiff has only about $120,000 in retirement accounts and

9  drives a 2021 Jeep – a car which is shared with her non-debtor

10  spouse.

11                                   7

12      Plaintiff will establish that she has made her best efforts

13  to pay her student loan obligations, her inability to do so is

14  through no fault of her own, and the conditions that make full

15  repayment impossible will persist for the foreseeable future.

16                                   8

17      In addition, it is believed that one or more of the above

18  referenced loans were in excess of the "cost of education" and

19  are therefore dischargeable regardless of hardship and in fact

20  have already been discharged by her general discharge.

21                                   9

22      The above indicates that the Plaintiff is entitled to a

23  partial or total hardship discharge pursuant to 11 USC

24  523(a)(8).

25  ///

4 – COMPLAINT FOR HARDSHIP DISCHARGE          Parker Butte & Lane, P.C.
(18519-13)                                    1200 NW Naito Parkway Ste 200
                                              Portland OR 97209
                                              (503) 241-1320

1                                    10

2        The Plaintiff reserves the right to amend this complaint

3   before or after service as facts develop and proper parties and

4   dollar amounts are determined.

5        WHEREFORE, Plaintiff prays that the court enter a partial

6   or total discharge of the student loan indebtedness as to all

7   Defendants.

8        Dated this 9th day of May 2024.

9

10                                  /s/ Richard J. Parker
                                    _____
                                    RICHARD J. PARKER OSB # 800945
11                                  Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25


5 – COMPLAINT FOR HARDSHIP DISCHARGE        Parker Butte & Lane, P.C.
(18519-13)                                  1200 NW Naito Parkway Ste 200
                                            Portland OR 97209
                                            (503) 241-1320